Check No. 1106394

Voucher manifest below. Please save the following pages for your records.
Pay to: CLERK  CLERK  U.S. BANKRUPTCY COURT
***** FOR INFORMATION ON ELECTRONIC PAYMENTS CONTACT DCOOK@PAMD13TRUSTEE.COM. *****

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 09-05927-RNO | 14U-0 | THOMAS H HYNSON | | 3,370.90 | 8.48 | 0.00 | 8.48 |
| | | Original Check written to: GEMB/JC PENNEY BANKRUPTCY DEPT PO BOX 103104 ROSWELL, GA 30076- | | | | | |
| 09-05940-RNO | 999-0 | PATRICK J MEALEY | | 0.00 | 452.68 | 0.00 | 452.68 |
| | | Original Check written to: **PATRICK J MEALEY KIMBERLY A MEALEY 18 MOUNTAIN VIEW LANE POTTSVILLE, PA 17901 | | | | | |
| 09-07263-JJT | 10S-0 | DARLENE L BURKHOUSE-KRIVONYAK | 6061 | 2,090.90 | 794.38 | 0.00 | 794.38 |
| | | Original Check written to: WELLS FARGO HOME MORTGAGE BKCY CASH MGMT MAC#X2302-04C ONE HOME CAMPUS DES MOINES, IA 50328- | | | | | |
| 09-07486-MDF | 09U-0 | DONALD R MONTGOMERY | 0859 | 23,367.75 | 535.07 | 0.00 | 535.07 |
| | | Original Check written to: NATIONAL COLLEGIATE TRUST ONE CABOT ROAD MEDFORD, MA 02155 | | | | | |
| 09-09147-MDF | 03U-0 | HERMAN M MORRIS | 3361 | 0.00 | 1,992.89 | 0.00 | 1,992.89 |
| | | Original Check written to: FNB CONSUMER DISCOUNT PO BOX 705 HANOVER, PA 17331 | | | | | |
| 10-00745-RNO | 18U-0 | CYNTHIA K GILMORE | 6068413 | 109.65 | 15.35 | 0.00 | 15.35 |
| | | Original Check written to: MEDICAL IMAGING CONSULTANTS CSA/ASL 3700 BRAINERD ROAD CHATTANOOGA, TN 37411- | | | | | |
| 10-00960-JJT | 999-0 | SHARON T SKLANEY | | 0.00 | 48.95 | 0.00 | 48.95 |
| | | Original Check written to: **SHARON T SKLANEY 265 W KIRMAR AVE ALDEN NANTICOKE, PA 18634 | | | | | |
| 11-08318-RNO | 999-0 | GERALD R MULLEN | | 0.00 | 6.16 | 0.00 | 6.16 |
| | | Original Check written to: **GERALD R MULLEN KELLY A MEIER MULLEN | | | | | |

**Charles J. DeHart, III**
**Standing Chapter 13 Bankruptcy Trustee**
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

Fulton Bank
Lancaster PA 17604

No. 1106394
60-142 / 313

June 05, 2014

PAY** Three Thousand Eight Hundred Fifty Three Dollars and 96 Cents**************

AMOUNT**$3,853.96**********

TO THE ORDER OF

VOID AFTER September 03, 2014
Positive Pay Account

CLERK  U.S. BANKRUPTCY COURT
P.O. BOX 908
HARRISBURG, PA 17108-